UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                           *Civil Case No.*

SARAH MCGEE KRENN,

        Defendant.

---

## COMPLAINT

---

NOW COMES the plaintiff, United States of America, by and through its attorneys, Steven M. Biskupic, United States Attorney for the Eastern District of Wisconsin, and Nora S. Barry, Assistant United States Attorney for the Eastern District of Wisconsin, and hereby states as its civil complaint against the defendant, Sarah McGee Krenn , as follows:

1. The United States District Court for the Eastern District of Wisconsin has jurisdiction over the subject matter of this civil action pursuant to Title 28, United States Code, Section 1345. Venue is proper pursuant to Title 28, United States Code, Section 1391.

2. The plaintiff, United States of America, is a sovereign body responsible for the conduct and operation of government. Through the Office of the United

States Attorney for the Eastern District of Wisconsin, United States Department

Justice, the United States is responsible for the enforcement and collection of ci

debts due and owing to the agencies, offices, and units of the United States of

America.

3. Upon information and belief, the defendant, Sarah McGee Krenn , is an

adult individual residing at 150 E. Dekora Street, Apt # 205, Saukville, Wiscons

53080, in the State and Eastern District of Wisconsin. As set forth in this

complaint, the defendant is presently indebted to the plaintiff.

4. As described in the **Certificate of Indebtedness** attached to this

**Complaint** as *Exhibit A*, the defendant owes the plaintiff the principal monetary

sum of $10,567.73 plus interest and penalty charges.

5. To date, the defendant has not paid the indebtedness to the plaintiff in

full, although the plaintiff has made demand for payment.

WHEREFORE, the plaintiff, United States of America, hereby requests that

the Court enter a civil judgment against the defendant in these amounts:

$10,165.06 in principal; $363.42 in total penalty charges; and $39.25 in interes

accrued through October 14, 2003, additional interest accruing thereafter and t

the date of the entry of judgment at the annual rate of 4.27%; additional interes

accruing at the legal rate from the date of the entry of judgment until the

indebtedness is paid in full.

The plaintiff, United States of America, further requests that the Court aw

it those reasonable costs and expenses incurred in the litigation of this action; along with such other legal and equitable relief as it deems appropriate.

Respectfully submitted at Milwaukee, Wisconsin this _____ day of December, 2003.

                                         STEVEN M. BISKUPIC
                                         United States Attorney

                  By:

                                         NORA S. BARRY
                                         Assistant United States Attorney

Office of the United States Attorney
Eastern District of Wisconsin
530 Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4580
Telephone No.: (414) 297-1700
Facsimile No.:   (414) 297-1713

# CONFIDENTIAL CONFLICT OF INTEREST CERTIFICATION

In re:     Sarah McGee Krenn

Case No._____

    The undersigned hereby certify that to the best of their knowledge, neither they nor their spouse, dependent child, general partner, or any organization for which they are serving as an officer, director, trustee, general partner or employee, or any person or organization with whom they are negotiating or have an arrangement concerning prospective employment has a financial interest in this matter. A financial interest includes any current or contingent ownership, equity, or security interest in real or personal property of a business, and may include an indebtedness or compensated employment relationship.

    They further certify to the best of their knowledge that this matter will not affect the financial interests of any member of their household. Also, to the best of their knowledge, no member of their household; no relative with whom they have a close relationship; no one with whom their spouse, parent or dependent child has or seeks employment; and no organization with which they are seeking a business relationship nor which they now serve actively or have served within the last year are parties or represent a party to the matter.

    So long as they are involved in this matter, they acknowledge their responsibility to disclose the acquisition of any financial or personal interest as described above that would be affected by the matter, and to disclose any interest they, or anyone noted above, has in any person or organization that does become involved in, or is affected at a later date by, the conduct of this matter.

_____     December 8, 2003
Signature                          Date

_____     _____
Signature                          Date

_____     _____
Signature                          Date

_____     _____
Signature                          Date

**Privacy Act Statement**

Title I of the Ethics in Government Act of 1978 (5 U.S.C. App.), Executive Order 12674 and 5 CFR Part 2634, Subpart I require the reporting of this information. The primary use of the information on this form is for review by officials of the Justice Department to determine compliance with applicable federal conflict of interest laws and regulations. Additional disclosures of the information on this report may be made: (1) to a federal, state or local law enforcement agency if the Justice Department becomes aware of a violation or potential violation of law or regulations; (2) to a court or party in a court or federal administrative proceeding if the government is a party or in order to comply with a judge-issued subpoena; (3) to a source when necessary to obtain information relevant to a conflict of interest investigation or decision; (4) to the National Archives and Records Administration or the General Services Administration in records management inspections; (5) to the Office of Management and Budget during legislative coordination on private relief legislation; and (6) in response to a request for discovery or for the appearance of a witness in a judicial or administrative proceeding, if the information is relevant to the subject

matter. This confidential certification will not be disclosed to any requesting person unless authorized by law. See also the OGE/GOVT-2 executive branchwide Privacy Act system of records.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

Case Number:

SARAH MCGEE KRENN,

    Defendant.

### NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

**TO:**  Sarah McGee Krenn

    The enclosed complaint is served upon you pursuant to Rule 4(d) of the Federal Rules of Procedure.

    A lawsuit has been commenced against you (or the entity on whose behalf you are addr— copy of the complaint is attached to this notice. It has been filed in the United States District the Eastern District of Wisconsin and has been assigned docket number _____

    This is not a formal summons or notification from the court but rather a request that you return this waiver of service in order to save the costs of serving you with a judicial summons additional copy of the complaint. The cost of service will be avoided if I receive a signed copy within 30 days after the date designated below as the date on which this Notice and Request enclosing a stamped, self-addressed envelope for your use. An extra copy of the waiver is als your records.

    If you comply with this request and return the signed waiver, it will be filed with the cou summons will be served upon you. The action will then proceed as if you had been served or waiver is filed, except that you will not be obliged to answer the complaint before 60 days from designated below as the date on which this notice is sent (or before 90 days from that date if is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate s effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will th extent authorized by those rules, ask the court to require you (or the party on whose behalf yo addressed) to pay the full costs of such service. In that connection, please read the statement the duty of parties to waive the service of the summons, which is set forth at the bottom of th form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this _____ d December, 2003.

                                              _____
                                              NORA S. BARRY
                                              Assistant United States Attorney

**WAIVER OF SERVICE OF SUMMONS**

**TO:**  Nora S. Barry, Assistant United States Attorney
530 Federal Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI  53202-4580

I acknowledge receipt of your request that I waive service of a summons in the action of _States v. Sarah McGee Krenn_ , Case No. _____, in the States District Court for the Eastern District of Wisconsin.  I have also received a copy of the c action, two copies of this instrument, and a means by which I can return the signed waiver t to me.

I agree to save the cost of service of a summons and an additional copy of the complain by not requiring that I (or the entity on whose behalf I am acting) be served with judicial proce provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the l jurisdiction or venue of the court except for objections based on a defect in the summons or in the summons.

I understand that a judgment may be entered against me (or the party on whose behalf an answer or motion under Rule 12 is not served upon you within 60 days after _____ 90 days after that date if the request was sent outside the United States.

_____
Date

_____
Signature
Sarah McGee Krenn , Defendant

_____
Address

_____
City, State and Zip Code

<u>DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS</u>

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving un costs of service of the summons and complaint.  A defendant located in the United States wh notified of an action and asked by a plaintiff located in the United States to waive service of a fails to do so will be required to bear the cost of such service unless good cause be shown for sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is un that the action has been brought in an improper place or in a court that lacks jurisdiction over matter of the action or over its person or property.  A party who waives service of the summo defenses and objections (except any relating to the summons or to the service of the summon later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on attorney a response to the complaint and must also file a signed copy of the response with th answer or motion is not served within this time, a default judgment may be taken against that By waiving service, a defendant is allowed more time to answer than if the summons had bee served when the request for waiver was received.

**JS 44**
(Rev. 07/89)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet

## I (a) PLAINTIFFS

UNITED STATES OF AMERICA

## DEFENDANTS

SARAH MCGEE KRENN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

Milwaukee

**(c)** ATTORNEYS (414) 297-1700
Nora S. Barry, AUSA
Assistant U.S. Attorney
Room 530; 517 East Wisconsin Avenue
Milwaukee, WI 53202-4580

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION

- ■ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another Place | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISD STATUTES UNLESS DIVERSITY.)

Repayment of Army Reserve Officer Training Corps (AROTC) Scholarship Service Agreement.

## V. NATURE OF SUIT

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>■ 152 Recovery of Defaulted Student Loans (excl. Veterans<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br><br>**REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br><br>**PERSONAL INJURY**<br>☐ 362 Person injury -- Med Malpractice<br>☐ 365 Personal Injury -- Product Liability<br>☐ 368 Asbestos I Personal Injury Product Liability<br><br>**PERSONAL INJURY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability<br><br>**CIVIL RIGHTS PETITIONS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br><br>**PRISONER**<br>☐ 510 Motions to Vacate Sentence Habeas Corpus<br>☐ 535 Death Penalty<br>☐ 540 Mandamus<br>☐ 550 Other | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung(923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc<br>☐ 460 Deportation<br>☐ 470 RICO<br>☐ 810 Selective Service<br>☐ 850 Securities/ Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## VI. ORIGIN

- ■ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND** $

Check YES only if demanded in complain
**JURY DEMAND:** ☐ YES ■ NO

## VIII. RELATED CASES IF ANY

Judge _____ Docket Number _____

DATE          SIGNATURE OF ATTORNEY OF RECORD

NORA S. BARRY, ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT