

Case 2:03-cv-01418-LA   Filed 01/30/04   Page 1 of 1   Document 4