

U.S. DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MAY - 9 2007
2007 MAY 10
'07 MAY 16 A9:43

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      Case No. 03-C-1418

SARAH MCGEE KRENN,

        Defendant,

THE CHAR-GRILL, INC.,

        Garnishee-Defendant.

---

### ANSWER OF THE GARNISHEE-DEFENDANT

---

**TERI MAHERAS**, BEING DULY SWORN DEPOSES AND SAYS:
(NAME OF AFFIANT)

1. That he/**she** is the (state official title) **PAYROLL CLERK** of the garnishee-defendant, **The Char-Grill, Inc**.

2. On **MAY**, **14**, 2007, the garnishee-defendant was served with a Writ of Continuing Garnishment in the above-captioned case. For the pay period in effect on that date:

    a.    The defendant-debtor **was**/was not in my/**our** employ.

    b.    The pay period was **BI** weekly/bi-monthly/monthly.

    c.    The pay period began on **5-6-07**.

    d.    The pay period ended or will end on **5-19-07**.

    e.    The defendant-debtor's gross pay was $ **793.00** (est.) for that pay period.

        $ **65.00** EST was withheld for federal income tax;

$ 30.00 ~~was~~ est withheld for state income tax; and

$ 55.00 ~~was~~ est. withheld for F.I.C.A.

The defendant-debtor's net pay was $_____ (gross pay minus withholding).

3. There **have**/**have not** been previous garnishments in effect with respect to the defendant-debtor. List or explain any others:

_____

_____

_____

4. The Garnishee-Defendant anticipates owing to the defendant-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| $ 20.00 | 6-1 2007 |
| $ 100.00 | 6-15 2007 |
| $ 20.00 | 6-29 2007 |
| $ 100.00 | 6-13 2007 |

5. (Check the applicable line(s) below if you deny that you hold property subject to this order of garnishment.)

__ I make the following claim of exemption on the part of the Garnishee-Defendant:

_____

__ The following objections, defenses, or set-offs apply:

_____

_____

_____

___ The garnishee-defendant is in no manner and upon no account indebted or under any liability to the defendant-debtor, and does not have in its possession or control any property belonging to the defendant-debtor.

6. The garnishee-defendant mailed by first-class mail the original answer to Clerk, United States District Court, 362 United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202-4582, and a copy of this answer to (1) the defendant, Ms. Sarah McGee Krenn, 120 S. Ulao Street, Saukville, WI 53080-2024, and (2) the United States Attorney's Office, c/o Financial Litigation Unit, 530 United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI, 53202-4580.

*Teri Maheras*
GARNISHEE-DEFENDANT
or Authorized Representative

262 - 432 - 1120
Telephone Number

262 - 432 - 1130
Fax Number

Subscribed and sworn to before me this 15 day of May, 2007.

Notary Public, State of Wisconsin

My Commission 02/03/08.

[Notary Seal: ANITA E. RICHARDS, NOTARY PUBLIC, STATE OF WISCONSIN]